**Order entered August 11, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00278-CV**

**IN RE GAIL CORDER FISCHER ("A.W.E."), Relator**

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11265**

**ORDER**
Before Chief Justice Burns, Justice Osborne, and Justice Reichek

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **DENIED IN PART AND CONDITIONALLY GRANTED IN PART.** The Court **ORDERS** the trial court to vacate the portions of its February 12, 2020 order (1) denying relator Gail Corder Fischer's plea to the jurisdiction and motion to transfer all claims that relator or real parties in interest Clifford Fischer & Company and Clifford R. Fischer have asserted that do not seek enforcement of the October 24, 2019 Final Decree of Divorce, and (2) granting transfer and consolidation of "Cause No. DC-19-17340 styled *Gail Corder Fischer v. Cliff Fischer et al.*" with "Cause DF-18-11265 currently pending in the 254th

Judicial District Court." We further **ORDER** the trial court to grant relator's motion to transfer in part and to order transfer of all claims that relator or real parties in interest have asserted that do not seek enforcement of the divorce decree.

The Court further **ORDERS** the trial court to file with this Court, within **THIRTY DAYS** of the date of this order, a certified copy of its order issued in compliance with this Order. A writ will issue only if the trial court fails to comply with this Order.

/s/     LESLIE OSBORNE
        JUSTICE